# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7061**                                    **September Term, 2022**

**1:22-cv-02256-RC**

**Filed On: May 17, 2023** [1999663]

Andrew Hanson, et al.,

      Appellants

   v.

District of Columbia and Robert J. Contee, III,

      Appellees

### O R D E R

The notice of appeal was filed on May 16, 2023, and docketed in this court on May 17, 2023. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 16, 2023 |
| Docketing Statement Form | June 16, 2023 |
| Entry of Appearance Form | June 16, 2023 |
| Procedural Motions, if any | June 16, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 16, 2023 |
| Statement of Issues to be Raised | June 16, 2023 |
| Transcript Status Report | June 16, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | June 16, 2023 |
| Dispositive Motions, if any | July 3, 2023 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7061**                                    **September Term, 2022**

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 16, 2023 |
| Entry of Appearance Form | June 16, 2023 |
| Procedural Motions, if any | June 16, 2023 |
| Dispositive Motions, if any | July 3, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Tatiana A. Magruder
Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>
<u>Request to Enter Appellate Mediation Program</u>
<u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
<u>Stipulation to be Placed in Stand-By Pool of Cases</u>