# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Andrew Hanson, et al

v.

District of Columbia, et al

**Case No:** 23-7061

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Andrew Hanson

Eric Klun

Tyler Yzaguirre

Nathan Chaney

### Counsel Information

**Lead Counsel:** George L. Lyon, Jr.

Direct Phone: (202) 669-0442  Fax: (202) 483-9267  Email: gll@bergstromattorneys.co

**2nd Counsel:** Matthew J. Bergstrom

Direct Phone: (775) 298-9999  Fax: (___) _____  Email: mjb@bergstromattorneys.com

**3rd Counsel:**

Direct Phone: (___) _____  Fax: (___) _____  Email:

**Firm Name:** Bergstrom Attorneys

**Firm Address:** 4000 Legato Road, 11th Floor, Fairfax, Virginia 22030

**Firm Phone:** (800) 819-0608  Fax: (202) 483-9267  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## *CERTIFICATE OF SERVICE*

     I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record in this proceeding via the Court's electronic filing system, this 18th day of May, 2023, and via email to Sonya Lebsack, Esq., counsel for the District of Columbia, sonya.lebsack@dc.gov.

/s/ George L. Lyon, Jr., DC Bar 388678