# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-7061
2. DATE DOCKETED: 5-16-2023
3. CASE NAME (lead parties only) Andrew Hanson v. District of Columbia
4. TYPE OF CASE: ☒ District Ct - ○ US Civil ● Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ● No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.         Tax Court Docket No.
      Civil Action 22-cv-2256 RC         Bankruptcy _____                    Tax _____
      Criminal _____                    Adversary _____
      Miscellaneous _____               Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Rudolph Contreras          Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): April 20, 2023    e. Date notice of appeal filed: May 16, 2023
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ● No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ○ Yes  ● No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ● Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ● Yes  ○ No  If YES, give each case's court and case name, and docket number:
      Bianchi v. Frost, 21-1255 (4th Cir.); Barnett v. Raoul, 23-1825 (7th Cir.); Ocean State Tactical, LLC v. RI, 23-1072 (1st Cir.)
   k. Does this case turn on validity or correct interpretation or application of a statute?  ● Yes  ○ No
      If YES, give popular name and citation of statute  DC Code Sec. 7-2506.01(b).
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No   If so, provide program name and participation dates _____

Signature /s/ George L. Lyon, Jr.                          Date 5/18/2023
Name of Party All Petitioners, Hanson, Yzaguirre, Klun & Chaney
Name of Counsel for Appellant/Petitioner George L. Lyon, Jr.
Address 4000 Legato Road, Fairfax, Virginia 22030
Phone ( 202 ) 669-0442     Fax ( 202 ) 483-9267

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## *CERTIFICATE OF SERVICE*

  I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record in this proceeding via the Court's electronic filing system, this 18th day of May, 2023, and via email to Sonya Lebsack, Esq., counsel for the District of Columbia, sonya.lebsack@dc.gov.

/s/ George L. Lyon, Jr., DC Bar 388678