# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANDREW HANSON, et al | ) |
| | ) |
| Appellants | ) |
| | ) |
| v. | ) Case No. 23-7061 |
| | ) |
| DISTRICT OF COLUMBIA, et al | ) |
| | ) |
| Appellees | ) |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the Court's Order of May 17, 2023, and D.C. Circuit Rule 28(a)(1), Plaintiffs-Appellants hereby submit this certificate as to parties, rulings, and related cases.

**Parties and Amici.**

The Appellants in this matter, each of whom were Plaintiffs before the district court, are Andrew Hanson, Tyler Yzaguirre, Eric Klun, and Nathan Chaney. The Appellees in this matter, each of whom were Defendants before the district court, are the District of Columbia and Metropolitan Police Department Chief Robert J. Contee, III. Amici before the district court included March for Our Lives, the Giffords Law Center to Prevent Gun Violence, and Brady.

**Ruling under review.**

The ruling under review is the district court's Memorandum Opinion dated April 20, 2023 (ECF 28) and Order (ECF 27) of same date, which denied Plaintiffs' motion for a preliminary injunction.

**Related cases**.

There are no related cases pending in this Court or before the District Court for the District of Columbia. Cases raising the same issues as present in this case are pending in the First Circuit (*Ocean State Tactical, LLC v. Rhode Island*, Case No. 23-1072), the Fourth Circuit (*Bianchi v. Frosh*, Case No. 21-1255), and the Seventh Circuit (*Barnett v. Raoul*, Case No. 21-1255). In addition, cases raising the same issues as this case are pending in the Southern District of California (*Duncan v. Bonta,* Case No. 17-cv-1017), the District of Delaware (*Delaware State Sportsmen's Association, Inc v. Delaware Department of Safety And Homeland Security,* Case No. 22-951); and the District of Oregon (*Oregon Firearms Federation v. Brown,* Case No. 2022-cv-1815).

Respectfully submitted,

*/s/ George L. Lyon, Jr.*
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com

Edward Mark Wenger (D.C. Bar No. 1001704)
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
2300 N Street NW
Suite 643-A
Washington, DC 20037
202-737-8808
emwenger@holtmanogel.com

*Attorneys for Appellants*

May 18, 2023

## *CERTIFICATE OF SERVICE*

I, George L. Lyon, Jr., a member of the bar of this court, certify that I served the foregoing document on all counsel of record in this proceeding via the Court's electronic filing system, this 18th day of May, 2023, and via email to Sonya Lebsack, Esq., counsel for the District of Columbia, sonya.lebsack@dc.gov.

*/s/ George L. Lyon, Jr.*
DC Bar 388678