# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Andrew Hanson, et al.

v.

District of Columbia

**Case No:** 23-7061

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

District of Columbia

Metropolitan Police Chief Ashan M. Benedict

### Counsel Information
(see attached page for additional counsel)

**Lead Counsel:** Sonya L. Lebsack
**Direct Phone:** (202) 724-5667  **Fax:** (202) 730-1450  **Email:** sonya.lebsack@dc.gov

**2nd Counsel:** Ashwin P. Phatak
**Direct Phone:** (202) 805-7426  **Fax:** (202) 741-0649  **Email:** ashwin.phatak@dc.gov

**3rd Counsel:** Thais-Lyn Trayer
**Direct Phone:** (202) 788-2076  **Fax:** (   )  **Email:** thais-lyn.trayer@dc.gov

**Firm Name:** Office of the Attorney General for the District of Columbia
**Firm Address:** 400 6th Street, NW, Suite 8100, Washington, DC 20001
**Firm Phone:** (202) 727-3400  **Fax:** (   ) -  **Email:** oag@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## Additional Counsel Information

4th Counsel: Alexandra Lichtenstein

Direct Phone: ( 202 ) 746-8672   Fax: (  ) -   Email: alexandra.lichtenstein@dc.gov