NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-7061

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANDREW HANSON, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

A.   *Parties and amici.*—Plaintiffs below and appellants here are Andrew Hanson, Tyler Yzaguirre, Nathan Chaney, and Eric Klun. Defendants below and appellees here are the District of Columbia and Metropolitan Police Department Chief Ashan M. Benedict (together "the District").[1] In the district court, Brady, Giffords Law Center to Prevent Gun Violence, and March for our Lives filed an amicus brief in support of the District.

---

[1]   Metropolitan Police Department Chief Robert J. Contee, III retired on June 3, 2023. Substitution of the officeholder is automatic under Federal Rule of Appellate Procedure 43(c)(2).

B.  *Rulings under review.*—Appellants appeal the opinion and order denying them preliminary injunctive relief entered by U.S. District Judge Richard Contreras on April 20, 2023.  ECF Nos. 27 & 28.

C.  *Related cases.*—This case has not previously been before this Court or any other court.  Counsel is not aware of any related cases.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

ALEXANDRA LICHTENSTEIN
Assistant Attorney General

/s/ Sonya L. Lebsack
SONYA L. LEBSACK
Assistant Attorney General
Bar Number 1000746
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-5667
(202) 730-1450 (fax)
sonya.lebsack@dc.gov

June 2023