UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANDREW HANSON, *et al.*,

    Appellants,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Appellees.

Case No. 23-7061

## STATEMENT OF ISSUES

Pursuant to the Order of the Court issued on May 17, 2023, Appellants Andrew Hanson, et al., set forth the following issues for their appeal:

- Whether the district court erred in determining that the District's ban on magazines capable of holding more than 10 rounds of ammunition is constitutional?

- Whether the district court erred in determining that Plaintiff-Appellants had not shown likelihood of success on the merits in their motion for preliminary injunction?

- Whether the district court erred in denying Plaintiff-Appellants' motion for preliminary injunction?

Dated: June 16, 2023

Respectfully submitted,

*/s/ Edward M. Wenger*
Edward Mark Wenger (DCB 1001704)
Dennis W. Polio (DCB 198054)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N STREET, NW
SUITE 643A
Washington, DC 20037
Tel: 202-737-8808
emwenger@holtzmanvogel.com
dwpolio@holtzmanvogel.com

George L. Lyon, Jr. (DCB 388678)
ARSENAL ATTORNEYS
4000 LEGATO ROAD,
SUITE 1100
FAIRFAX, VA 22033
TEL: 202-669-0442, FAX 202-483-9267
gll@arsenalattorneys.com

*Attorney for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I filed this statement with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record, and via email to Sonya Lebsack, Esq., counsel for the District of Columbia, sonya.lesback@dc.gov

>	*/s/ Edward M. Wenger*
>	Edward Mark Wenger (DCB 1001704)