UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANDREW HANSON, *et al.*,<br><br>Appellants,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Appellees. | Case No. 23-7061 |

## **STATEMENT OF INTENT TO UTILIZE**

## **A DEFERRED JOINT APPENDIX**

    Pursuant to the Order of the Court issued on May 17, 2023, Fed. R. App. P. 30(c), and D.C. Circuit Rule 30(c), Andrew Hanson, et al. state that they intend to utilize a deferred joint appendix.

    Counsel for Appellants has not yet confirmed that all other parties wish to proceed with a deferred joint appendix; if after such consultation is completed the parties wish to proceed with another mechanism for preparation of the appendix, Appellants shall so inform the Court.

Dated: June 16, 2023                                Respectfully submitted,

                                                           */s/ Edward M. Wenger*
                                                           Edward Mark Wenger (DCB

1001704)
Dennis W. Polio (DCB 198054)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
emwenger@holtzmanvogel.com
dwpolio@holtzmanvogel.com

George L. Lyon, Jr. (DCB 388678)
ARSENAL ATTORNEYS
4000 LEGATO ROAD,
SUITE 1100
FAIRFAX, VA 22033
Tel: 202-669-0442, Fax 202-483-9267
gll@arsenalattorneys.com

*Attorney for Appellants*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2023, I filed this statement with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record, and via email to Sonya Lebsack, Esq., counsel for the District of Columbia, sonya.lesback@dc.gov

                                      */s/ Edward M. Wenger*
                                      Edward Mark Wenger (DCB 1001704)