NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-7061

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANDREW HANSON, *et al.*,
　　APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
　　APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Alexandra Lichtenstein is leaving the Office of the Attorney General for the District of Columbia and will no longer be representing appellees the District of Columbia and Metropolitan Police Department Chief Pamela A. Smith (together "the District"). Solicitor General Caroline S. Van Zile, Principal Deputy Solicitor General Ashwin P. Phatak, Deputy Solicitor General Thais-Lyn Trayer, and Assistant Attorney General Sonya L. Lebsack will continue to serve as counsel of record for the District.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

SONYA L. LEBSACK
Assistant Attorney General
Office of the Solicitor General

/s/ Alexandra Lichtenstein
ALEXANDRA LICHTENSTEIN
Assistant Attorney General
Bar Number 1724947
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 746-8672
(202) 727-3804 (fax)
alexandra.lichtenstein@dc.gov

September 2023