NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-7061

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANDREW HANSON, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE**

The brief of the District of Columbia and Metropolitan Police Department Chief Pamela A. Smith (together "the District")[1] is presently due on September 28, 2023. Due to the press of other matters affecting counsel for the District in this Court and other courts, the District requests that the briefing schedule be reset accordingly:

| | |
|---|---|
| Appellees' Brief | October 19, 2023 |
| Appellants' Reply Brief | November 16, 2023 |

---

[1] Pamela A. Smith has succeeded Ashan M. Benedict as Chief of the Metropolitan Police Department. Substitution of the officeholder is automatic under Federal Rule of Appellate Procedure 43(c)(2).

Deferred Appendix                                          November 27, 2023

Final Briefs                                               December 7, 2023

There is good cause for this request, for the reasons that follow.

1. Appellants filed their brief on August 25, 2023.

2. Undersigned counsel is carrying a heavy case load. She has been assigned numerous cases in this Court and the District of Columbia Court of Appeals, including *District of Columbia v. Jefferson-11th Street, LLC*, DCCA No. 21-CV-762 (supplemental brief due 9/14; reply brief due 9/19). Her work on that appeal and other matters has limited the time available to research and write the District's brief here.

3. Another attorney assigned to this appeal is leaving the Office of the Attorney General for the District of Columbia and will no longer be representing the District in this matter.

4. This is the District's first request to extend the time to file its brief.

5. Appellants consent to the 21-day extension requested by the District, provided that the schedule is otherwise reset as proposed above.

6. This case has not yet been scheduled for oral argument.

For the foregoing reasons, the briefing schedule should be extended as proposed herein.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
|  | CAROLINE S. VAN ZILE<br>Solicitor General |
|  | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |
|  | THAIS-LYN TRAYER<br>Deputy Solicitor General |
|  | /s/ Sonya L. Lebsack<br>SONYA L. LEBSACK<br>Assistant Attorney General<br>Bar Number 1000746<br>Office of the Solicitor General |
| September 2023 | Office of the Attorney General<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 724-5667<br>(202) 730-1450 (fax)<br>sonya.lebsack@dc.gov |

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 280 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Sonya L. Lebsack
SONYA L. LEBSACK