# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-7061**                      **September Term, 2023**

1:22-cv-02256-RC

Filed On: September 12, 2023 [2016543]

Andrew Hanson, et al.,

       Appellants

   v.

District of Columbia and Ashan M. Benedict,

       Appellees

### O R D E R

Upon consideration of appellees' consent motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | October 19, 2023 |
| Appellants' Reply Brief | November 16, 2023 |
| Deferred Appendix | November 27, 2023 |
| Final Briefs | December 7, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk