# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANDREW HANSON, *et al.*, <br><br> Appellants, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Appellees. | Case No. 23-7061 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Dennis W. Polio is leaving the Law Firm of Holtzman Vogel Baran Torchinsky & Josefiak PLLC and will no longer be representing Appellants Andrew Hanson, Eric Klun, Tyler Yzaguirre, and Nathan Chaney. Attorney's Edward M. Wenger and George L. Lyon, Jr. will continue to serve as counsel of record for the Appellants.

Dated: October 5, 2023

Respectfully submitted,
*/s/ Dennis Polio*
Dennis W. Polio (DCB 198054)
Edward Mark Wenger (DCB 1001704)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N STREET, NW

Suite 643A
Washington, DC 20037
Tel: 202-737-8808
dwpolio@holtzmanvogel.com
ewenger@holtzmanvogel.com

George L. Lyon, Jr. (DCB 388678)
Arsenal Attorneys
4000 Legato Road,
Suite 1100
Fairfax, VA 22033
Tel: 202-669-0442, Fax 202-483-9267
gll@arsenalattorneys.com

*Attorney for Appellants*