# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General

**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

**Office of the Solicitor General**

October 16, 2023

Via CM/ECF

Mark J. Langer, Clerk of the Court
United States Court of Appeals
 for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:   *Hanson v. District of Columbia*, No. 23-7061
        Response to Appellants' 28(j) Letters filed on October 3 and October 13, 2023

Dear Mr. Langer:

Appellees the District of Columbia and Metropolitan Police Department Chief Pamela A. Smith respectfully submit this response to appellants' Rule 28(j) letters dated October 3, 2023 regarding *Duncan v. Bonta*, No. 17-CV-1017 (S.D. Cal. Sept. 22, 2023), and October 13, 2023 regarding *Mock v. Garland*, No. 23-CV-95 (N.D. Tex. Oct. 2, 2023).

Neither letter is proper under the rules of this Court. The rules provide that "*[a]fter briefing has been completed*, a party may file . . . a letter pursuant to FRAP 28(j)." Circuit Rule 28(f) (emphasis added); *see Williams v. Romarm, SA*, 756 F.3d 777, 787 (D.C. Cir. 2014) ("[T]he 28(j) process" is "appropriately used to cite new authorities released after briefing is complete or after argument."). Not only is briefing not "complete[]" in this appeal, but appellees have not even filed their brief on the merits. Appellants have yet to file any reply, in which they could bring these authorities to the Court's attention.

Because these letters are an improper use of the 28(j) process, the Court should disregard them. The District does not expect to respond to additional premature letters filed by appellants unless the Court so requests.

---

400 6th Street, NW, Suite 8100, Washington, D.C. 20001, (202) 727-6252, Fax (202) 741-0580

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General

By:  /s/ Ashwin P. Phatak
ASHWIN P. PHATAK
Principal Deputy Solicitor General


Cc: Counsel of Record (via CM/ECF)