# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

**Office of the Solicitor General**

October 20, 2023

Mark J. Langer, Clerk of the Court
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:    *Hanson v. District of Columbia, et al.*, No. 23-7061

Dear Mr. Langer:

I am arguing counsel for appellees the District of Columbia and Metropolitan Police Department Chief Pamela A. Smith in the above-referenced appeal. Due to long-standing travel plans, I am writing to advise the Court that I am unavailable for argument during the following periods: December 20, 2023 to January 3, 2024, and February 29, 2024 to March 5, 2024. I would appreciate the Court giving consideration to my unavailability when scheduling oral argument in this appeal.

Respectfully submitted,

/s/ Ashwin P. Phatak
ASHWIN P. PHATAK
Principal Deputy Solicitor General


Cc: Counsel of Record (via CM/ECF)