**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANDREW HANSON, *et al.*,

      *Plaintiffs-Appellants*,

  v.

DISTRICT OF COLUMBIA, *et al.*,

      *Defendants-Appellees.*

No. 23-7061

**NOTICE OF INTENT TO FILE AN AMICUS BRIEF
IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE
BY EVERYTOWN FOR GUN SAFETY**

Pursuant to Circuit Rule 29(b), Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown")[*] respectfully notifies this Court of its intent to file a brief as amicus curiae in support of Defendants-Appellees on October 26, 2023, in accordance with Federal Rule of Appellate Procedure 29(a)(6) and the revised briefing schedule issued by this Court on September 12, 2023 (Doc. 2016543).

The undersigned counsel certifies that all parties in these proceedings have consented to the filing of this amicus brief. No party's counsel authored this brief

---

[*] Everytown is a gun-violence prevention organization. Everytown has no parent corporations. It has no stock, and hence, no publicly held company owns 10% or more of its stock.

in whole or part and, apart from Everytown, no person contributed money to fund its preparation or submission.

Dated: October 26, 2023      Respectfully submitted,

/s/ Priyanka Gupta Sen
Priyanka Gupta Sen
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10017
(646) 324-8201
psen@everytown.org

*Counsel for amicus curiae*
*Everytown for Gun Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Priyanka Gupta Sen
Priyanka Gupta Sen
*Counsel for amicus curiae*
*Everytown for Gun Safety*
