

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

November 1, 2023

The Hon. Mark Langer,
Clerk, US Court of Appeals for the DC Circuit
Office of the Clerk
E. Barrett Prettyman U.S. Courthouse
Room 5205
333 Constitution Avenue, NW
Washington, DC 20001

>   **Re: Brief for Massachusetts, *et al*. as Amici Curiae in Support of Appellees and Affirmance,** *Andrew Hanson, et al., v. District of Columbia, et al.*, **No. 23-7061,**

Dear Mr. Langer,

Please consider this supplemental page to the Notice of Appearance listing all states represented by Attorney Robert E. Toone, D.C. Circuit No. 56109, in the above-referenced matter.

In addition to the Commonwealth of Massachusetts, State of New Jersey, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii please enter my appearance for the following amicus curiae: State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Oregon, State of Nevada, State of New York, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, and State of Washington.

Please do not hesitate to be in touch with any questions or concerns. I can be reached at robert.toone@mass.gov and 617-963-2178.

Sincerely,

/s/ Robert E. Toone
D.C. Cir. No. 56109