ORAL ARGUMENT NOT YET SCHEDULED

No. 23-7061

# In the United States Court of Appeals for the District of Columbia Circuit

ANDREW HANSON, ET AL.,

*Plaintiffs-Appellants*,

v.

THE DISTRICT OF COLUMBIA, ET AL.,

*Defendants-Appellees*,

**APPELLANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX**

On Appeal from the United States District Court
for the District of Columbia (No. 1:22-Cv-02256-Rc)

| | |
|---|---|
| George L. Lyon, Jr.<br>BERGSTROM ATTORNEYS<br>4000 Legato Road, 11th Floor<br>Fairfax, Virginia 22030<br>*gll@bergstromattorneys.com*<br>202-669-0442 (phone)<br>202-483-9267 (facsimile) | Edward M. Wenger<br>Erielle R. Davidson<br>Mateo Forero-Norena<br>Zachary D. Henson<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>2300 N Street NW, Suite 643A<br>Washington, DC 20037<br>*emwenger@holtzmanvogel.com*<br>(202) 737-8808 (phone)<br>(540) 341-8809 (facsimile) |

*Counsel for Plaintiffs-Appellants*

## APPELLANTS' MOTION FOR LEAVE
## TO FILE A SUPPLEMENTAL APPENDIX

Pursuant to D.C. Circuit Rule 30(e), Andrew Hanson, Tyler Yzaguirre, Eric Klun, and Nathan Chaney ("Appellants"), by counsel, move this Court for leave to prepare and file a Supplemental Appendix containing three documents that were inadvertently left out of the Corrected Joint Appendix that was filed on November 29, 2023 (Doc. # 2029097). The proposed Supplemental Appendix is attached hereto as <u>Exhibit A</u>.

As grounds for this motion Appellants state as follows. Appellants compiled and submitted the Corrected Joint Appendix on November 29, 2023. Since that filing, Appellants have identified two record documents that are cited in their Initial and Reply Briefs, but that were inadvertently excluded from the Corrected Joint Appendix. Placing the two documents referenced in Appellants' briefs in a Supplemental Appendix would make locating and reading the documents more convenient for the parties and for this Court.

Appellants consulted with counsel for Appellees regarding this motion, and they stated that Appellees take no position on the motion. For the foregoing reasons, the Court should grant Appellants' motion for leave to file a Supplemental Appendix.

| | |
|---|---|
| Dated: December 7, 2023 | Respectfully submitted, |
| */s/ George L. Lyon, Jr.* | */s/ Edward M. Wenger* |
| GEORGE L. LYON, JR. | Edward M. Wenger |
| 4000 Legato Road, 11th Floor | Erielle Davidson |
| Fairfax, Virginia 22030 | Mateo Forero-Norena |
| | Zachary D. Henson |
| (202) 669-0442 (phone) | HOLTZMAN VOGEL BARAN |
| (202) 483-9267 (facsimile) | TORCHINSKY & JOSEFIAK PLLC |
| *gll@bergstromattorneys.com* | 2300 N Street NW, Suite 643A |
| | Washington, DC 20037 |
| | (202) 737-8808 (phone) |
| | (540) 341-8809 (facsimile) |
| | *emwenger@holtzmanvogel.com* |

*Counsel for Plaintiffs-Appellants*

2

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume and word-count limits of Federal Rule of Appellate Procedure 27(d)(2) because this document contains 165 words.

2. This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Edward M. Wenger*
Edward M. Wenger

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of December, 2023, a true copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to the registered Attorney Filer on the attached electronic service list.

*/s/ Edward M. Wenger*
Edward M. Wenger